To. Clerk's office
901 richland street
Columbia SC 29201

pg. One

10/28/15

RECEIVED
USDC CLERK, COLUMBIA, SC
2015 OCT 28 AM 11:31

My complaints Are. I've been stuck In Correct Care for over two months. I've Already did all my jail time in my Home county Pickens county. I did two years in lockup as the victim. My charges were All misdemeners. I did five years probation for A Aggravated Assault And Malicuous Damage. And two years lockup And 6 six months Hospital time on possesion of marijauna And meth and public disorderly conduct. My meth chage was only One tenth. My PDC was only cursing. My marijuana wuz two ounces. And I'm the one that called the cops. Because people were robbing

And slaving me. I only have A sixty Day sentence here in unit one. And they got me stuck in unit four going nowere As A Black Band. My Aggravated Assault wuz A car accident. And I had insurance. Please Help get me Back home. I'm the victim to these charges And more. People were stealing And lying Also. And the cops Assaulted me. All three times I called for help. Any Questions write Back. Assaulted as in Beat me phisically. Please help me get home ASAP. I have children And A family. I need let go to home. Charges Are eight years old

from. Justin Scott Gasper

pg. two.

P.S. Please respond

Yes I paid Bond and all Blue tickets