AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Justin Scott Gasper, | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No.    1:15-cv-04390-DCN-SVH |
| Correct Care, | ) | |
| *Defendant,* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__ ), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Justin Scott Gasper, shall take nothing of the defendant, Correct Care, and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, dismissing the case without prejudice.

Date:   January 20, 2016

*ROBIN L. BLUME, CLERK OF COURT*

s/M. Walker
_____
*Signature of Clerk or Deputy Clerk*